IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES STATHAM, a/k/a CHARLES STATHUM, by and through his Next Friend, DEBRA MITCHELL,<br><br>    Plaintiff,<br><br>v.<br><br>GGNSC DECATUR II LLC and GGNSC EQUITY HOLDINGS LLC<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION FILE NO.<br>)  1:11-CV-00913-WSD<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Plaintiff, in the above-styled matter and hereby voluntarily dismisses this action with prejudice.

Respectfully submitted, this 15th day of June 2012.

                                                GARVIN & MILLES

                                                s/Eric K. Milles
                                                Eric K. Milles, Esq.
                                                GA Bar # 508982
                                                GARVIN & MILLES
                                                1582 Village Square Blvd.
                                                Tallahassee, FL  32309
                                                (850) 422-3400 (telephone)
                                                (850) 906-9878 (facsimile)
                                                emilles@garvinlawfirm.com

                                                ***ATTORNEY FOR PLAINTIFF***

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **CHARLES STATHAM, a/k/a CHARLES STATHUM, by and through his Next Friend, DEBRA MITCHELL**<br><br>    Plaintiff,<br><br>    v.<br><br>**GGNSC DECATUR II LLC and GGNSC EQUITY HOLDINGS LLC**<br><br>    Defendants | CIVIL ACTION FILE NO.<br>1:11-CV-00913-WSD |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 15, 2012, I electronically filed **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> David Marshall, Esq.
> Debra Levorse, Esq.
> Marcus Wisehart, Esq.

>> GARVIN & MILLES
>>
>> *s/Eric K. Milles*
>> Eric K. Milles, Esq.
>> GA Bar # 508982